Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | H&S Commercial & Industrial Supplies and Services LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 27-3387819 |

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2122 Hand Avenue<br>Mobile, AL 36612 | P O Box 10698<br>Mobile, AL 36610 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Mobile | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL)    www.teamshs.net

**6.** **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | H&S Commercial & Industrial Supplies and Services LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   
   5617

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check **all** that apply*:
   
       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
   
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   
       ☐ A plan is being filed with this petition.
   
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   
   ☒ No.
   ☐ Yes.
   
   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    
    ☒ No
    ☐ Yes.
    
    List all cases. If more than 1, attach a separate list
    
    | Debtor | | Relationship | |
    |---|---|---|---|
    | District | When | Case number, if known | |

| Debtor | H&S Commercial & Industrial Supplies and Services LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000         ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☒ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | H&S Commercial & Industrial Supplies and Services LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 27, 2026
                MM / DD / YYYY

**X**  /s/   Monique Michele Rogers             Monique Michele Rogers
      Signature of authorized representative of debtor       Printed name

Title    CEO & Majority Director

**18. Signature of attorney**

**X** /s/ Richard Scott Williams           Date    February 27, 2026
     Signature of attorney for debtor                                                    MM / DD / YYYY

Richard Scott Williams ASB-3234-m63r
Printed name

Rumberger Kirk & Caldwell, PA
Firm name

2001 Park Place North | Suite 1300
Birmingham, AL 35203
Number, Street, City, State & ZIP Code

Contact phone    (205) 572-4926      Email address    swilliams@rumberger.com

ASB-3234-m63r AL
Bar number and State

Case 26-10564    Doc 1    Filed 02/27/26    Entered 02/27/26 17:06:55    Desc Main
Document     Page 4 of 9

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | H&S Commercial & Industrial Supplies and Services LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Ally Financial<br>500 Woodward Avenue<br>Detroit, MI 48226 | | | | | | $60,000.00 |
| App Funding<br>29 W 36th Street Ste 307<br>New York, NY 10018 | | | | | | $200,000.00 |
| Dynamic Group<br>3045 Westfork Drive<br>Baton Rouge, LA 70816 | | | | | | $2,000,000.00 |
| GM Financial<br>P O Box 650595<br>Dallas, TX 75265 | | | | | | $45,000.00 |
| Headway Capital<br>4700W Daybreak Pkwy<br>South Jordan, UT 84009 | | | | | | $165,000.00 |
| Highland Hill Capital<br>1100 Park Central Blvd S<br>Pompano Beach, FL 33064 | | | | | | $500,000.00 |
| Huntington National Bank<br>P O Box 182232<br>Columbus, OH 43218 | | | | | | $92,000.00 |
| Lexus Financial<br>P O Box 94305<br>Palatine, IL 60094 | | | | | | $65,000.00 |
| Mulligan<br>4715 Viewridge Ave Ste 1100<br>San Diego, CA 92123 | | | | | | $200,000.00 |

| Debtor | H&S Commercial & Industrial Supplies and Services LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PMF Finance<br>55 Water Street<br>New York, NY 10041 | | | | | | $600,000.00 |
| Samson<br>17 State Street Suite 630<br>New York, NY 10038 | | | | | | $300,000.00 |
| Servis First<br>P O Box 2087<br>Omaha, NE 68103 | | | | | | $1,200,000.00 |
| Sharkey County<br>120 Locust Street #5<br>Rolling Fork, MS 39159 | | | | | | $800,000.00 |
| Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416 | | | | | | $2,000,000.00 |
| Smarter Merchant<br>460 Park Avenue S<br>New York, NY 10011 | | | | | | $200,000.00 |

Ally Financial
500 Woodward Avenue
Detroit, MI 48226


App Funding
29 W 36th Street Ste 307
New York, NY 10018


Dynamic Group
3045 Westfork Drive
Baton Rouge, LA 70816


GM Financial
P O Box 650595
Dallas, TX 75265


Headway Capital
4700W Daybreak Pkwy
South Jordan, UT 84009


Highland Hill Capital
1100 Park Central Blvd S
Pompano Beach, FL 33064


Huntington National Bank
P O Box 182232
Columbus, OH 43218


Lexus Financial
P O Box 94305
Palatine, IL 60094

Mulligan
4715 Viewridge Ave Ste 1100
San Diego, CA 92123


PMF Finance
55 Water Street
New York, NY 10041


Samson
17 State Street Suite 630
New York, NY 10038


Servis First
P O Box 2087
Omaha, NE 68103


Sharkey County
120 Locust Street #5
Rolling Fork, MS 39159


Small Business Administration
409 3rd Street SW
Washington, DC 20416


Smarter Merchant
460 Park Avenue S
New York, NY 10011

In re   H&S Commercial & Industrial Supplies and Services LLC           Case No. _____
                                            Debtor(s)                    Chapter    11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   H&S Commercial & Industrial Supplies and Services LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| February 27, 2026 | /s/ Richard Scott Williams |
| Date | Richard Scott Williams ASB-3234-m63r |
| | Signature of Attorney or Litigant |
| | Counsel for   H&S Commercial & Industrial Supplies and Services LLC |
| | Rumberger Kirk & Caldwell, PA |
| | 2001 Park Place North \| Suite 1300 |
| | Birmingham, AL 35203 |
| | (205) 572-4926  Fax:(205) 326-6786 |
| | swilliams@rumberger.com |