IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:                             )            Case No.
                                  )            Chapter:
                                  )
                                  )
Debtor(s)                     )

## CUMULATIVE STATEMENT OF AMENDMENTS TO SCHEDULES

Pursuant to Local Bankruptcy Rule 1009-1(b), below is a description of <u>all</u> amendments to schedules filed by debtor(s) to date:

Pursuant to Local Bankruptcy Rule 1009-1(a), debtor(s) and their counsel represent that the claims of any added creditors arose prepetition.

Date:_____

_____
Attorney for Debtor(s)